# Order

Michigan Supreme Court
Lansing, Michigan

March 31, 2021

161785-6

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GRANT CHARLES BALOGH,
      Defendant-Appellant.

SC: 161785
COA: 343097
Wayne CC: 17-009293-AR

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GABRIEL VICTOR BALOGH,
      Defendant-Appellant.

SC: 161786
COA: 343098
Wayne CC: 17-009329-AR

_____/

On order of the Court, the application for leave to appeal the April 16, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and we REINSTATE the October 24, 2017 orders of the 33rd District Court granting the defendants' motions for dismissal. The 33rd District Court did not abuse its discretion in concluding that the prosecution failed to present sufficient evidence of the causation elements of the crimes charged to establish probable cause to believe that the defendants committed a felony. *People v Shami*, 501 Mich 243, 250-251 (2018). Even crediting the prosecution's expert medical testimony, in light of the evidence regarding the progressive nature of the decedent's medical condition, as well as her capacity to make her own decisions, it was within the range of principled outcomes for the district court to conclude that "a person of ordinary prudence and caution" would not entertain "a reasonable belief" that the defendants caused the decedent's death. *People v Anderson*, 501 Mich 175, 178 (2018).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



a0324

Clerk